**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Gregory Milan, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 21 cv 00765 |
| | ) | |
| v. | ) | |
| | ) | |
| City of Chicago Police Officers Detective | ) | Judge F. Kness |
| Anthony Schulz, Star No. 887, Marco | ) | |
| Proano, Star No. 9477, and Michael | ) | |
| Mitchel, Star No. 6099 and Unknown and | ) | |
| Unnamed City of Chicago Police Officers, | ) | Magistrate Judge Gabriel A. Fuentes |
| and the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND THE TIME TO REINSTATE THE CASE**

Plaintiff, by and through his attorneys of record, hereby moves this Court to extend the time to reinstate the case to March 30, 2026. In support of this motion, Plaintiff states as follows:

1. The parties have tentatively settled this case. It has been dismissed without prejudice with leave to reinstate by February 3, 2025.

2. According to the settlement agreement, the City of Chicago is entitled to deduct sums that it claims that the Plaintiff owes it for things like parking tickets. The amount that the City is claiming is owed is large.

3. Plaintiff did not know about and disputes the amounts owed, and also notes that the City of Chicago has an amnesty program for very old tickets. The program is called the Clear Path program and is a way to obtain amnesty for some old traffic tickets.

4. Plaintiff previously filed motions substantially similar to this, and is again filing this motion because he has been working on disputing the amounts owed with the City, and

applying to the Clear Path program in order to reduce the amount owed and obtaining more of the settlement to which he previously thought he had agreed.

5.      The folks at the Clear Path office have indicated to counsel that Mr. Milan will in fact obtain a deduction in the amounts owed to the City of Chicago once he has finished paying the amount that he agreed to pay.  Mr. Milan is nearly finished, and will be finished before the end of next week with paying what he owes so that at that time he will get the credit that the City agreed to give him (in excess of $5,000), However, it is counsel's understanding that an unknown amount of time has to pass before the City actually credits Mr. Milan on its books with the reduction after he has paid the amount the City to which he agreed.

6. As a result, Plaintiff is seeking to extend the time that Plaintiff has to reinstate the case for an additional 60 days beyond the current deadline of February 3, 2026.   This date will be March 30, 2026.

7. The Defendants do not oppose this motion.

WHEREFORE, Plaintiff by and through his attorneys of record hereby respectfully request that this Court grant this motion and give Plaintiff until March 30, 2026, to reinstate this case.

Respectfully submitted,

/s/ Edward M. Fox
Edward M. Fox
Attorney for Plaintiff
ED FOX & ASSOCIATES, LTD.
118 N. Clinton St., Suite 425
Chicago, IL 60661
(312) 345-8877
efox@efoxlaw.com